IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IAN FOLEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JORDAN OUTDOOR ENTERPRISES, LTD. dba REALTREE<br><br>　　　　　　Defendant. | Civil Action No. 1:19-cv-01549 |

## **STIPULATION FOR DISMISSAL**

Plaintiff, Ian Foley, and Defendant, Jordan Outdoor Enterprises, LTD, dba RealTree, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: February 21, 2020

THE SWEET LAW FIRM, PC

By:　_/s/ Benjamin J. Sweet_
Benjamin J. Sweet, Esq.
1145 Bower Hill Rd. Ste 104
Pittsburgh, PA 15243
ben@sweetlawpc.com
Tel: 412-857-5350

*Attorneys for Plaintiff IAN FOLEY*

LITTLER MENDELSON, P.C.

By:　_/s/ Nicole Ladner_
Nicole Ladner, Esq.
375 Woodcliff Drive, Ste 2D
Fairport, NY 14450
nladner@littler.com
Tel: 585-203-3400

*Attorneys for Defendant JORDAN OUTDOOR ENTERPRISES, LTD. dba REALTREE*